Norris Turner _____ natural born Citizen of the United States and citizen of the State of N. J. by permanent domicile.

Domicile at:  29 Willow Avenue
              N. Plainfield, N.J.
              07060

RECEIVED
MAY 19 2017
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Appearing: In proper person natural self, pursuant 14Th. and 1St. Amendments' citizen's privilege of Freedom of religion and freedom of speech within State of New Jersey at Trenton.

Authority: Citizenship and settled Precedents of <u>Shelly v Kramer</u> <u>Scott v Sandford</u> and <u>Kolendar v Lawson</u>, among others.

In The
Federal District Court of the United States
(Jurisdiction Encompassing Trenton, N.J. 08640)

| | |
|---|---|
| Norris Turner, aggrieved<br>Joint Base McGuire-Dix-Lakehurst<br>5756 Hartford Street<br>Trenton, N.J., 08640<br><br>Petitioner<br><br>- against -<br><br>Ms' Baglieri quoad Indictment<br>01-8-3419 Unlawful Attempt en-<br>forced under color of State of<br>N.J.'s Law On Joint Base McGuire-<br>Dix-Lakehurst<br>5756 Hartford Street<br>Trenton, N.J. 08640<br><br>Respondent impos-<br>ing and holding<br>the Body | Civil No.: _____<br><br>Citizen's Petition For<br>Writ of habeas corpus<br>For Unlawful Restraint of civil<br>Right of Personal Liberty on<br>Joint Base McGuire-Dix-Lakehurst<br>At 5756 Heartford Street, Trenton<br>New Jersey, 08640 |

COMES HERE NOW, natural born Citizen of the U.S. Norris Turner, who is also a citizen of the State of N.J. by permanent domicile and being now restrained of his personal civil right of liberty by Staff employees on Joint Base McGuire-Dix-Lakehurst at Trenton, N.J., 08640, under color of State of N.J.'s law for incarceration of Alien inmates, do petition for great Writ and say:

## JURISDICTION

This federal district court of the United States has jurisdiction for issuing writs of habeas corpus for unlawful restraint of Citizens' personal civil right of liberty within the State of New Jersey at Trenton, N.J. 08640 pursuant Congress enactment of the judicial Act of 1867 and Judiciary Act of 1789, as both are prima facia evidenced in the Code of Laws of the United States, [28 U.S.C. §§ 2241 and 1651].

## NO OTHER REMEDY

Injured citizen petitioner, (hereinafter "VICTIM PETITIONER") has no other remedy save the extra-ordinary Writ of habeas corpus where, as is now shown this Federal District Court upon sworn and verified facts unopposed, respondent under color of State of New Jersey law for incarceration of foreign born Alien enemies and criminals captured living unlawfully in State of New Jersey or United States trafficking illegal drugs from Mexico or committing acts of terrorism, nevertheless holds citizens' captive on Joint Base McGuire-Dix-Lakehurst at Trenton, N.J. 08640, as to and physically under involuntary servitude labor with the inmate Alien population incarcerated on conviction of terrorism and drug trafficking from inside : Countries of Mexico and South America. Respondent does not declare nor even purport to follow any judicial warrant or process from courts of Justice under the State of N.J. nor United States. And refuses to provide victim petitioner notice of the Power and Government forwhich is followed for lawful authority to enforce restraint of citizens' liberty effective as and in practice enforces involuntary expatriation of all natural born Citizen captives on Joint Base in N.J. from all 14th and 1St Amendments' freedoms and guaranteed liberty, including but not limited to 13Th and 4Th and 5Th Amendments' guarantees in State of N.J.

## SWORN AND VERIFIED FACTS

2

1. Petitioner is a natural born Citizen of the United States and citien of the State of N.J. by life long permanent domicile who is held in captivity with and as to foreign born inmate Aliens captured living unlawfully in the U.S. or convicted of trafficking drugs from Mexico or terrorism, that are incarcerated on Joint Base McGuire-Dix-Lakehurst at Trenton, N.J.; 08640.

2. Under color of State of N.J. law for the incarceration of these Aliens at Trenton, N.J. under siz code 08640, the Staff Enforcers of Alien incarceration purport a power to unilaterally hold against their will natural born citizens of the U.S. as to and physically with the inmate Population of convicted Alien terrorist or criminals and illegals incarcerated for deportation.

3. Under this unlawful captivity of petitioner and citizens from within and outside the State of N.J., Staff Enforcers of inmate Alien incarceration regularly exercise police powers of exclusive to State of N.J. to by threat of armed force and chained captivity send citizens to out of State and in State captivity under unnoticed private Institutions or Cohorts under color of State of N.J. law for incarceration of Aliens.

4. Herein, petitioner is beginning October 3Rd., 2003, serving a judicial sentence under Indictment 01-8-3419 by Superior Court Of The State of N.J., Essex County Courthouse, 50 West Market Street, Newark, N.J.

5. While in State of New York, State of N.J.'s ordered petitioner's parole/probation custody revoke then via N.Y.'s

3

law enforcement comity with the State of N.J. petitioner was seized by N.Y. Police Officers and held in Syracuse County Jail in Syracuse, N.Y.

6. But then, Special Agents of the independent supreme Government of THE FEDS appeared in said County Jail without notice to petitioner and declared all State of N.J.'s enforcement of its laws and judicial sentence abrogated by THE FEDS until and only upon THE FEDS Government restoring New Jersey's power to enforce its laws and judicial authority can petitioner be held for enforcement by State of N.J.

7. Thereupon on that October 12Th., 2005 day THE FEDS Government's Special Agent took physical possession of petitioner's body in unilateral nullification of all State of N.J.'s laws and judicial power to enforce judicial sentence custody of Citizens domiciled in State of N.J.

8. Thereafter THE FEDS Government's deposited petitioner in custody of its own United States District Court's personal jurisdiction under which petitioner is sentenced to 188 Months and delivered petitioner to custody of THE FEDS' Prison System imprisoning citizens and foreign born Aliens under incarceration outside and without the reach of the 50 States of the Uniterd States and judicial process from State of N.J. and all other States of the Union.

9. Nevertheless, today under color of THE FEDS' law, respondent purports a Power without first receiving permission from THE FEDS certifying State of N.J. a power to restart enforcement of State

laws and judicial sentence of 3 years that the State of New Jersey imposed upon petitioner in year 2003.

10.  Respondent has not served notice upon petitioner showing the power granted by THE FEDS Government forwhich respondent follows for lawful authority to restrain petitioner's liberty with unilateral imposition of an unnoticed arrest Warrant against him, and without providing petitioner an opportunity to be heard in THE FEDS Government's USDC in opposition to respondent restraint before such restraint of an arrest warrant for another inferior government of State of N.J. is permanent and unappealable.

11.  Respondent cannot purport under color of State of N.J. law to enforce a N.J. judicial sentence on an Indicment the supreme Government of THE FEDS stripped State of N.J. of power to enforce over thirteen years ago with unilateral seizure of petitioner's body that made State possession of the body and laws enforce by judicial order thereupon void and a nullity ab inition, to wit: from the beginning of THE FEDS' taking of petitioner's body.

12.  Accordingly petitioner now sues out this Petition for the great and efficacious Writ of habeas corpus in remedy to respondent's unlawful unilateral restraint imposed upon petitioner's liberty under color of State of N.J. law for Indictment 01-8-3419.

5

## AFFIDAVIT IN SUPPORT OF
### Petition For Writ Of Habeas Corpus

I, Norris Turner, hereinafter "AFFIANT", being of sound mind and body and of the age of the Majority, do affirm under the Penalty of perjury and by Oath before Almighty God and man, that the following is true and correct:

1. That the facts stated in the Petition For Writ Of Habeas Corpus is true and correct and affiant has personal knowledge and experience of its truthfulness and correctness.

2. Affiant is today held against his will within the State of New Jersey at Trenton, N.J., zip code 08640, on Joint Base McGuire-Dix-Lakehurst physically with and as to inamte Population of foreign born Aliens convicted of living in United States unlawfully while trafficking illegal drugs and/or acts of terrorism.

3.. Respondent and cohort captors do not provide nor allow for affiant nor any natural born citizen of the U.S. access to independent Notary for attestation of Oaths and affidavits.

4. Affiant believes he is entitled to relief/remedy prayed for.

5. That where affiant quotes a person or authority he believes it to be tree and/or knows from experience it is true.

6. Affiant signs three times in attestation to this Affidavit and does not petition for the great Writ nor make this Affidavit for mischief, injury, nor vexation.

Date: _____          _____
                                Signature of Affiant

Date: _____          _____
                                Signature of Affiant

Date: _____          _____
                                Signature of Affiant

## PRAYER

WHEREFORE, based on the aforegoing citizen's Petition for the great and efficacious Writ of habeas corpus, petitioner prays this Honorable Court:

1. THAT the Court issue writ of habeas corpus command to named Respondent commanding production of petitioner Citizen's body along with the Record that certify the lawful power respondent follows in the State of New Jersey at Trenton, 08640, to restrain citizens of their liberty on Joint Base McGuire-Dix-Lakehurst that enforce N.J. state Indictment 01-8-3419 without service of process upon petitioner and without providing petitioner opportunity to be heard in opposition.

2. THAT where respondent fails to make the return or refuses to make the return as Commanded by this Court or if respondent's return is insufficient that petitioner Citizen herein be discharged from all unlawful restraint upon petitioner's personal civil right of liberty enforced by respondent at Trenton, N.J. on Joint Base McGuire-Dix-Lakehurst under zip code 08640.

3. THAT this Honorable Court issue whatever further Order the interest of justice and Federal Constitution and Fourteenth Amendment guarantee of natural born citizen of the United States' personal civil right of liberty within this State may require.

Date: _____

_____
Norris Turner, Citizen
grievant Petitioner